# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KEEGAN FORBES,

        Plaintiff,

v.                                                                         Case No. 15-12673
                                                           HON. TERRENCE G. BERG
                                                           HON. MONA K. MAJZOUB

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

        Defendant.
_____/

## ORDER DISMISSING CASE

For the reasons stated on the record, and due to Plaintiff's failure to comply with the Court's order of July 13, 2016 (Dkt. 17) this action is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 37 (b)(2)(A)(v).

**SO ORDERED**.

                                                       s/Terrence G. Berg
                                                       TERRENCE G. BERG
                                                       UNITED STATES DISTRICT JUDGE

Dated: September 6, 2016

## Certificate of Service

I hereby certify that this Order was electronically submitted on September 6, 2016, using the CM/ECF system and/or postal mail.

                                                       By: s/A. Chubb
                                                           Case Manager